Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIRST SOUND BANK, a Washington corporation, | No. C09-0056-TSZ |
| Plaintiff, | **FIRST SOUND BANK'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION** |
| v. | |
| LARASCO, INC., a Washington corporation; LOUIS A. SECORD, JR., an individual; and RICHARD A. SECORD, an individual, | NOTE ON MOTION CALENDAR: February 9, 2009 |
| Defendants. | |

Pursuant to Local CR 7(f), plaintiff First Sound Bank ("FSB") hereby seeks leave to file an over-length motion for preliminary injunction and attachment of assets. FSB respectfully requests that it be permitted to exceed the applicable page limit by five pages, for a total page limit of 29 pages.

## DISCUSSION

On February 12, 2009, FSB will file a motion for prejudgment attachment and a preliminary injunction freezing certain assets of defendants. As will be explained in that motion, FSB is entitled to (1) a writ of attachment under Fed. R. Civ. P. 64 and RCW Chapter 6.25, and (2) a preliminary injunction freezing assets under Fed. R. Civ. P. 65. The

MOTION FOR LEAVE TO FILE OVERLENGTH MOTION
NO. C09-0056-TSZ – Page 1

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888

1  need for this prejudgment relief arises from a complex and multi-faceted fraud perpetrated
2  by the defendants, Louis A. Secord, Jr., Richard A. Secord, and Larasco, Inc., (collectively,
3  "defendants") in the operation of their business, Puget Sound Leasing, and in the sale of the
4  assets of that business to FSB.

5  Defendants are liable to FSB for violation of Section 10(b) of the Securities
6  Exchange Act, SEC Rule 10b-5, and the Washington State Securities Act, among other
7  claims. This liability will be established by extensive evidentiary materials that FSB will
8  submit in connection with the motion. An over-length brief is necessary to adequately
9  summarize these evidentiary materials and describe defendants' wide-ranging fraud. The
10 over-length brief is further necessitated by the fact that plaintiff is seeking alternative relief
11 under two distinct but related sources of authority: Washington's prejudgment attachment
12 statute and Federal Rule of Civil Procedure 65. Presenting this evidence in a single brief
13 will aid in the Court's resolution of the motion.

14 Under Local CR 7(e)(3), a motion for preliminary injunction may not exceed 24
15 pages absent prior Court approval. FSB respectfully requests an additional 5 pages, for a
16 total limit of 29 pages, in which to present its evidence and argument.

Dated: February 12, 2009.

YARMUTH WILSDON CALFO PLLC

By /s/ Richard C. Yarmuth
Richard C. Yarmuth, WSBA #4990
Seth Wilkinson, WSBA #31607
Jeremy E. Roller, WSBA #32021
925 Fourth Avenue, Suite 2500
Seattle, WA 98104
Phone: 206.516.3800
Fax: 206.516.3888
Email: yarmuth@yarmuth.com
swilkinson@yarmuth.com
jroller@yarmuth.com

Attorneys for Plaintiff First Sound Bank

MOTION FOR LEAVE TO FILE OVERLENGTH
MOTION
NO. C09-0056-TSZ – Page 2

YARMUTH WILSDON CALFO PLLC
FOURTH & MADISON
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888