UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIRST SOUND BANK, a Washington corporation, | |
| Plaintiff, | C09-56Z |
| v. | ORDER |
| LARASCO, INC., a Washington corporation, LOUIS A. SECORD, JR., an individual; and RICHARD A. SECORD, an individual, | |
| Defendants. | |

THIS MATTER comes before the Court on the Roberts/Severson Entities's Motion to Dismiss for Lack of Subject Matter Jurisdiction, docket no. 237. Having considered all papers filed in support of and in opposition to the motion, the Court enters the following Order.

The Roberts/Severson Entities' motion to dismiss the claims against them for lack of subject matter jurisdiction is DENIED. Plaintiff First Sound Bank's Third Amended Complaint sufficiently alleges supplemental jurisdiction. *See* 28 U.S.C. § 1367; *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 165 (1997). The claims against the Roberts/Severson Entities are so related to the federal question as to fall within a common nucleus of operative fact. *See Trustees of the Constr. Indus. and Laborers Health and Welfare Trust v. Desert Valley Landscape & Maint., Inc.* (*Desert Valley*), 333 F.3d 923, 925

ORDER - 1

(9th Cir. 2003); *see also Peacock v. Thomas*, 516 U.S. 349, 356 (1996); *Dewey v. West Farimont Gas Coal Co.,* 123 U.S. 329, 332-33 (1887). The Roberts/Severson Entities have not shown that such exceptional circumstances exist that principles of economy, convenience, fairness and comity would be better served by pursuing the claims against them in state court. *See Desert Valley*, 333 F.3d at 925.

IT IS SO ORDERED.

DATED this 29th day of October, 2009.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER - 2